IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

EDWARD DEVOUN JOHNSON, )
 )
    Petitioner, )
 )
v. ) CASE NO. CV410-070
 )
ALAN CARTER, Warden, )
 )
    Respondent. )
 )

O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 15), to which objections have been filed (Doc. 19).[1] However, the Court finds Petitioner's objections to be without merit. Accordingly, the report and recommendation is **ADOPTED** as the order of this Court, and this petition is **DENIED**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 2ND day of February 2011.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] Petitioner filed a motion seeking to extend the time for filing objections to the report and recommendation. (Doc. 18.) This motion is **GRANTED IN PART**. However, any request to extend the time to file a certificate of appealability is **DENIED**. Petitioner's objections were docketed on September 20, 2010 (Doc. 19), and the Court has reviewed and considered them as noted above.